NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

<span style="color:red">Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000807
29-AUG-2014
09:41 AM</span>

NO. CAAP-14-0000807

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
CORI A. PERICHO, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DCW-14-0000025)

ORDER GRANTING THE AUGUST 14, 2014 MOTION TO WITHDRAW APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Motion to Withdraw Appeal," filed by Defendant-Appellant Cori Pericho (**Appellant**), on August 14, 2014, the papers in support that appear to satisfy Hawai'i Rules of Appellate Procedure Rule 42, and the record, and noting no opposition, it appears that Appellant seeks to dismiss the appeal.

IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, August 29, 2014.

Chief Judge

Associate Judge

Associate Judge